# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ABDUL HAFEEZ,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.   4:15-cv-342-RDP-TMP |
| | ) |
| **ERIC HOLDER, Jr.,** *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On June 8, 2015, the Magistrate Judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. (Doc. 13).  No objections have been filed.  Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**.  Consequently, the petition for writ of *habeas corpus* is due to be denied and dismissed with prejudice as moot.  A separate final judgment will be entered.

**DONE** and **ORDERED** this June 29, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE